IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 05-cv-869-AP

SUZAN L. MADRON,

    Plaintiff,

v.

JO ANNE B. BARNHART,

    Defendant.

## JOINT CASE MANAGEMENT PLAN FOR SOCIAL SECURITY CASES

**1. APPEARANCES OF COUNSEL AND *PRO SE* PARTIES**

<u>For Plaintiff</u>:
Gerald A. Harley, Esq.
P.O. Box 2827
Littleton, CO 80161-2827
(303) 798-0538
(303) 794-1047 (Facsimile)
Cologah@att.net

<u>For Defendant</u>:
Michele M. Kelley
Special Assistant United States Attorney

*Mailing Address:*
1961 Stout Street, Suite 1001A
Denver, Colorado 80294
(303) 844-0812
(303) 844-0770 (Facsimile)
Michele.kelley@ssa.gov

*Street Address:*
1225 Seventeenth Street, Suite 700
Denver, Colorado 80202

## 2. STATEMENT OF LEGAL BASIS FOR SUBJECT MATTER JURISDICTION

The Court has jurisdiction based on section 205(g) of the Social Security Act, 42 U.S.C. 405(g).

## 3. DATES OF FILING OF RELEVANT PLEADINGS

    **A.** **Date Complaint Was Filed:** May 12, 2005

    **B.** **Date Complaint Was Served on U.S. Attorney's Office:** May 16, 2005

    **C.** **Date Answer and Administrative Record Were Filed:** July 15, 2005

## 4. STATEMENT REGARDING THE ADEQUACY OF THE RECORD

The parties state that the record is complete and accurate.

## 5. STATEMENT REGARDING ADDITIONAL EVIDENCE

The parties intend to submit no additional evidence.

## 6. STATEMENT REGARDING WHETHER THIS CASE RAISES UNUSUAL CLAIMS OR DEFENSES

The parties state that this case involves no unusually complicated or out-of-the-ordinary claims.

## 7. OTHER MATTERS

The parties bring no other matters to the Court's attention.

## 8. PROPOSED BRIEFING SCHEDULE

    **A.** **Plaintiff's Opening Brief Due:** September 9, 2005

  **B.**  **Defendant's Response Brief Due:** October 11, 2005

  **C.**  **Plaintiff's Reply Brief (If Any) Due:** October 26, 2005

**9. STATEMENTS REGARDING ORAL ARGUMENT**

  **A.**  **Plaintiff's Statement:** Plaintiff does not request oral argument.

  **B.**  **Defendant's Statement:** Defendant does not request oral argument.

**10. CONSENT TO EXERCISE OF JURISDICTION BY MAGISTRATE JUDGE**

*Indicate below the parties' consent choice.*

  **A.**  **( ) All parties have consented to the exercise of jurisdiction of a United States Magistrate Judge.**

  **B.**  **( x ) All parties have not consented to the exercise of jurisdiction of a United States Magistrate Judge.**

**11. OTHER MATTERS**

THE PARTIES FILING MOTIONS FOR EXTENSION OF TIME OR CONTINUANCES MUST COMPLY WITH D.C.COLO.LCivR 7.1(C) BY SUBMITTING PROOF THAT A COPY OF THE MOTION HAS BEEN SERVED UPON THE MOVING ATTORNEY'S CLIENT, ALL ATTORNEYS OF RECORD, AND ALL PRO SE PARTIES.

**12. AMENDMENTS TO JOINT CASE MANAGEMENT PLAN**

*The parties agree that the Joint Case Management Plan may be altered or amended only upon a showing of good cause.*

  DATED this 29th day of July, 2005.

            BY THE COURT:

            **S/John L. Kane**
            U.S. DISTRICT COURT JUDGE

APPROVED:

                                        UNITED STATES ATTORNEY

s/ Gerald A. Harley                        s/ Michele M. Kelley
Gerald A. Harley, Esq.                     By: Michele M. Kelley
P.O. Box 2827                              Special Assistant U.S. Attorney
Littleton, CO 80161-2827
Telephone: (303) 798-0538               *Mailing Address:*
Facsimile: (303) 794-1047                1961 Stout St., Suite 1001A
cologah@att.net                          Denver, Colorado 80294
Attorney for Plaintiff                       Telephone: (303) 844-0812
                                                   Facsimile: (303) 844-0770
                                                   michele.kelley@ssa.gov

                                                   *Street Address:*
                                                   United States Attorney's Office
                                                   1225 Seventeenth Street, Suite 700
                                                   Denver, Colorado 80202
                                                   Telephone: (303) 454-0100

                                                   Attorney for Defendant