IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior Judge Walker D. Miller

Civil Action No. 05-cv-00869-WDM

SUZAN L. MADRON,

    Plaintiff,

v.

MICHAEL J. ASTRUE, Commissioner of Social Security,

    Defendant.

_____

**ORDER**
_____

    In accordance with the mandate issued April 6, 2009, this case is remanded to the Commissioner for an immediate award of benefits as of December 15, 2002.

    DATED at Denver, Colorado, on April 8, 2009.

                                    BY THE COURT:

                                    s/ Walker D. Miller
                                    United States District Judge

PDF FINAL